FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Quinten L. Jackson
1611 Baker St.
Baltimore, Md. 21217                    Social Security # XXX-XX-7273

(Full name, prison identification
number and address of the plaintiff)

v.                                      Civil Action No. **RDB 13 CV 1758**
                                        (Leave blank on initial filing to be filled in by Court.)

Experian Financial Services
P.O. Box 2002
Allen TX 75013

(Full name and address of the defendant(s))

## COMPLAINT

I. **Previous lawsuits**

   A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

      YES ☑   NO ☐

   B. If you answered YES, describe that case(s) in the spaces below.

      1. Parties to the other case(s):

         Plaintiff: Quinten L. Jackson

         Defendant(s): Dale Shaw-Wicomico County Detention Center

2. Court (if a federal court name the district; if a state court name the city or county): *101 W. Lombard St. Baltimore, Md.*

3. Case No.: *1:92 CV00001-JCH*

4. Date filed: *01/02/1992*

5. Name of judge that handled the case: *Joseph C. Howard*

6. Disposition (won, dismissed, still pending, on appeal): *Settlement out of Court.*

7. Date of disposition: *08/28/1992*

II. Administrative proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

   YES ☐     NO ☑

   1. If you answered YES:

      a. What was the result? _____

      b. Did you appeal?

         YES ☐     NO ☐

   2. If you answered NO to either of the questions above, explain why: _____

III. Statement of claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

Experian reported a tax lien that has been paid, dated for Aug. 30, 2006 • May 1, 2013 writer was refused a credit card from his bank. Defendants has violated the fair credit reporting Act, fair debt collection practices act, and defamation of character. Writer has document from State of Maryland Comptroller dated Feb. 28, 2008 proving writer has been satisfied the debt of $1,198 dollars. Please see document attempt to validate debt.

IV. Relief
(State briefly what you want the Court to do for you.)

Recover compensation damges, Negligent damges, punitive damges in the amont of $275,000 pain and mental distress damges in amout of $275,000 dallors

SIGNED THIS 7th day of, June 20, 13.

Quinten L. Jackson
(original signature of plaintiff)

1611 Baker St.
Baltimore, Md. 21217
Xero Copy
(address of plaintiff)