IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| QUINTEN L. JACKSON, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. RDB-13-1758 |
| EXPERIAN FINANCIAL SERVICES, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 26th day of February 2014, ORDERED that:

1. The Defendant's Motion to Dismiss (ECF No. 5) is GRANTED without prejudice;

2. The Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to the parties; and

3. The Clerk of the Court CLOSE THIS CASE.

                                                                                              /s/
                                                           Richard D. Bennett
                                                           United States District Judge